■    In the Matter of the Claim of NORMA FEIN, Appellant, v ELM MOVING & STORAGE CO., INC., et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.—Appeal from a decision of the Workers' Compensation Board, filed June 27, 1977, as amended by decisions filed March 14, 1978 and May 24, 1978, which disallowed a claim for compensation in a death case upon the ground that no employment relationship existed between claimant's decedent and respondent employer. In its amended decision filed May 24, 1978, the board found that: "there was no employer-employee relationship between the decedent, Larry Fein, and Elm Moving and Storage, Inc. nor between the decedent, Larry Fein, and Emanuel Yarmish d/b/a Elm Moving and Storage." There is substantial evidence to sustain the determination of the board. Decision affirmed, without costs. Mahoney, P. J., Greenblott, Sweeney, Main and Mikoll, JJ., concur.

■    In the Matter of the Claim of WILLIAM BALLWAY, Appellant, v F. & M. SCHAEFER BREWING COMPANY et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.—Appeal from a decision of the Workers' Compensation Board, filed November 21, 1977, as corrected by decision filed April 21, 1978, which held that claimant does not have a causally related disability subsequent to December 4, 1972 from an accident of November 8, 1972. The board found: "based on examination and report of Dr. Bastable finding no causally related disability for the November 6, 1972 *[sic]* injury, and in view of the testimony of Dr. Gruman and Dr. Naumann reporting underlying osteoarthritis that claimant has no causally related disability to the back." The decision of the board is supported by substantial evidence. Decision affirmed, without costs. Sweeney, J. P., Kane, Staley, Jr., Main and Mikoll, JJ., concur.